# EXHIBIT B

**Connell Foley LLP**
One Newark Center
1085 Raymond Boulevard
Nineteenth Floor
Newark, New Jersey 07102
(973) 436-5800
Attorneys for Plaintiff, Hawthorn Suites Franchising, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| HAWTHORN SUITES FRANCHISING, INC., a Georgia Corporation,<br><br>Plaintiff,<br><br>v.<br><br>GIRI FRANKLIN, LLC, a Massachusetts Limited Liability Company; ASHISH SANGANI, an individual; UMESH ARORA, an individual; TERATH BAJAJ, an individual; LORRAINE SHEEHAN, an individual; and SAGAR MALAVIA, an individual,<br><br>Defendants. | Civil Action No. 20-cv-5192(SDW)(LDW)<br><br>**NOTICE AND ORDER OF DISMISSAL** |

    The matter in difference in the above-entitled action having been amicably adjusted by and between plaintiff, Hawthorn Suites Franchising, Inc. ("HSF"), and defendants, Giri Franklin, LLC, Ashish Sangani, Umesh Arora, Terath Bajaj, Lorraine Sheehan, and Sagar Malavia, the plaintiff HSF and its counsel Connell Foley LLP, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice, against defendants, Giri Franklin, LLC,

5510028-1

Ashish Sangani, Umesh Arora, Terath Bajaj, Lorraine Sheehan, and Sagar Malavia, pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

It is further ordered that the terms of the settlement agreement are incorporated herein by reference and the Court shall retain jurisdiction over the agreement to enforce its terms.

**Connell Foley LLP**
Attorneys for Plaintiff,
Hawthorn Suites Franchising, Inc.

By: _____
Bryan P. Couch

So ordered on this 11th day of August, 2020.

_s/Susan D. Wigenton_
**HON. SUSAN D. WIGNETON, U.S.D.J.**

5510028-1